## (September 11, 1940.)

In the Matter of the Application of JULE L. MAISEL and ALEXANDER H. KATZ, Appellants, for an Order to Declare Valid the Designating Petitions Filed by or on Behalf of the Said JULE L. MAISEL and ALEXANDER H. KATZ, with the Board of Elections of the City of New York, as Candidates for Nomination to the Office of Assembly, Sixth Assembly District, Democratic Party, Kings County, and Office of Member of Senate, Seventh Senatorial District, Democratic Party, Kings County, Respectively, in the Democratic Primaries to Be Held on the 17th Day of September, 1940, and for a Further Order Enjoining and Restraining the Board of Elections of the City of New York from Holding Its Drawing for the Position on the Primary Ballots, and for an Order Directing the Board of Elections of the City of New York to Show Cause Why It Should Not Place Petitioners' Names upon the Ballot in the Primary Election to Be Held on September 17, 1940, for the Above Mentioned Offices, and Why the Objections and Specifications Heretofore Filed against the Said Designating Petitions Should Not Be Dismissed. JACOB J. SCHWARTZWALD and JOSEPH H. GIVANT, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying appellants' motion for an order declaring valid the designating petitions heretofore filed by or on behalf of Jule L. Maisel and Alexander H. Katz with the board of elections of the city of New York, as candidates for the office of Member of Assembly, Sixth Assembly District, Kings

County, and Member of Senate, Seventh Senatorial District, Kings County, respectively, and authorizing and directing the said board of elections to place the names of said appellants upon the official primary ballot of the Democratic Party to be voted on at the primary election to be held on the 17th day of September, 1940, affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Hagarty, Carswell and Close, JJ., concur. [See, also, *ante*, p. 802, and p. 804.]